1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )  CR-08 00386
12         Plaintiff,                )  VIOLATIONS: Title 18, United States
                                     )  Code, Section 13, assimilating Cal. Vehicle
13      v.                           )  Code Section 23152(a) - Driving Under the
                                     )  Influence (Class B misdemeanor); Title 18,
14  SHANNON JO TOLLIVER,             )  United States Code, Section 13, assimilating
                                     )  Cal. Vehicle Code Section 23152(b) -
15         Defendant.                )  Driving with Blood Alcohol Percentage of
                                     )  0.08 or More (Class B misdemeanor)
16                                   )
                                     )
17                                   )  SAN JOSE VENUE
                                     )
18  _____  )

                              **FILED**

                          2008 JUN 10 P 3:38

                          RICHARD W. WIEKING
                                CLERK
                          U.S. DISTRICT COURT
                          NO. DIST. OF CA. S.J.

                              E-FILING

                                                                    RS

19                              INFORMATION

20  The United States Attorney charges:

21  COUNT ONE:  (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(a) - Driving Under the
22              Influence)

23       On or about May 18, 2008, at the NASA Ames Research Center in the County of Santa
24  Clara, and in the Northern District of California, an area within the special maritime and
25  territorial jurisdiction of the United States, the defendant,
26                          SHANNON JO TOLLIVER,
27  did operate a motor vehicle while under the influence of alcohol, in violation of Title 18, United
28  States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B



**INFORMATION**

1  misdemeanor.

2  COUNT TWO:  (18 U.S.C. § 13, assimilating Cal. Vehicle Code § 23152(b) - Driving with Blood Alcohol Percentage of 0.08 or More)

3

4  On or about May 18, 2008, at the NASA Ames Research Center in the County of Santa

5  Clara, and in the Northern District of California, an area within the special maritime and

6  territorial jurisdiction of the United States, the defendant,

7  SHANNON JO TOLLIVER,

8  did operate a motor vehicle while having 0.08 percent or more, by weight, of alcohol in his

9  blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle

10  Code, Section 23152(b), a Class B misdemeanor.

11

12  DATED: *June 10, 2008*                         JOSEPH P. RUSSONIELLO
                                                    United States Attorney
13

14

15                                                  DAVID R. CALLAWAY
                                                    Deputy Chief, San Jose Branch Office
16

17

18  (Approved as to form: _____)
                            TIFFANY DAY
19                          Law Clerk

20

21

22

23

24

25

26

27

28

**INFORMATION**                              -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
E-FILED
08 JUN 10 PM 3: 39

RICHARD W. WIEKING
CLERK
SHANNON TOLLIVER
U.S. DIST. CT. N.D. CA S.J.

### OFFENSE CHARGED

COUNT ONE: Title 18 U.S.C. 13, Assimilating Cal. Vehicle Code Section 23152 (a) - Driving Under the Influence (Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
6 months imprisonment
$1,000 fine
$10.00 special assessment

E-FILING

**DEFENDANT - U.S.**
▶ SHANNON K. TOLLIVER

**DISTRICT COURT NUMBER**
CR-08 00386 RS

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

S/A DIRK MEIERS - NASA-AMES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM       SUSAN KNIGHT
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   JOSEPH P. RUSSONIELLO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:
481 EL CAMINO REAL
SANTA CLARA, CA 95050

Date/Time: July 10, 2008 @ 9:30 AM

Before Judge: MAGISTRATE JUDGE RICHARD SEEBORG

Comments: